AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
AUG 29 2019
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:19MJ99 |
| | ) |
| | ) |
| Elizabeth Jo Shirley | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 19, 2019 - August 13, 2019__ in the county of __Berkeley County__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, United States Code, 1204 | International Parental Kidnapping |

This criminal complaint is based on these facts:
See attached Affidavit (incorporated by reference).

☑ Continued on the attached sheet.

_____
Complainant's signature

David Rauser, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: August 29, 2019

_____
Judge's signature

City and state: Martinsburg, WV

Robert W. Trumble, United States Magistrate Judge
Printed name and title